WALES *against* HART & DOWD.

*Where a constable is sued for selling property on execution, and judgment is in his favor, he is entitled to double costs;*

*Otherwise, where he is sued jointly with another and they plead jointly; tho' the judgment be in favor of both.*

ON certiorari to a Justice's Court. Trover, in the Court below by Wales against Hart & Dowd. The defendants pleaded *jointly* the general issue ; and the verdict was for the defendants. The defence was that the property in question belonged to one Davis against whom Hart, as constable, had an execution by virtue whereof he levied upon and sold the property to Dowd. The Justice gave judgment for the defendants, with double costs.

*J. Birdsall*, for the plaintiff in error.

*Rexford*, contra.

*Curia.* The defendant, Hart, would have been entitled to his double costs, had he pleaded separately : but joining with Dowd, the purchaser, single costs only were allowable. The judgment must be reversed, as to the costs.

Judgment accordingly.